# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| **TINA STEVENS,** | : | **CASE NO.  2:04-CV-1044** |
| **Plaintiff,** | : | **JUDGE MARBLEY** |
| vs. | : | **MAGISTRATE JUDGE KING** |
| **TASER INTERNATIONAL, INC.,** | : | |
| **Defendant.** | : | |

## ORDER OF DISMISSAL

The parties entered into a "Settlement and Confidentiality Agreement and General Release."  This case, therefore, is ordered dismissed with prejudice, against all Defendants.

This court retains jurisdiction over the future enforcement and all other matters related to the Agreement.  A breach of the Agreement is a breach of this Order.

SO ORDERED.

<u>6/19/2006</u>         <u> *s/Norah McCann King* </u>
MAGISTRATE JUDGE NORAH McCANN KING
United States Magistrate Judge

**APPROVED FOR ENTRY:**
<u>s/Lynnette Pisone Ballato</u>
Lynnette Pisone Ballato (0056455), Counsel of Record
lballato@swbohiolaw.com
Nicholas E. Subashi (0033953), Co-Counsel of Record
nsubashi@swbohiolaw.com
SUBASHI, WILDERMUTH & BALLATO
The Oakwood Building
2305 Far Hills Avenue
Dayton, OH  45419
(937) 534-0500
(937) 534-0505  (fax)
*Attorneys for Defendant, Taser International, Inc.*

s/Frederic A. Portman
Frederic A. Portman (0061610)
Nancy L. Dorner (0010382)
Portman, Foley & Flint, LLP
471 East Broad Street, Suite 1820
Columbus, OH 43215
fportman@pfflaw.com
*Attorneys for Plaintiff*